**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SOPHIA FISHER,** *Plaintiff* | : | **CIVIL ACTION** |
| **v.** | : | **NO. 25-CV-2299** |
| **PROSPECT MEDICAL HOLDINGS, *et al.*,** *Defendants* | : | |

**O R D E R**

**AND NOW**, this 1st day of September 2026, upon consideration of Plaintiff Sophia Fisher's *pro se* Complaint (ECF No. 2), Defendants Prospect Medical Holdings' and Crozer Health's Letter filed on March 20, 2026 (ECF No. 10), Fisher's "Notice of Supplemental Information" (ECF No. 11), Fisher's Responses to Defendants' Letter Regarding Bankruptcy Injunction (ECF Nos. 14 & 15), and Defendants' Letter filed on June 22, 2026 (ECF No. 18), and, further considering the Bankruptcy proceedings in *In Re Prospect Medical Holdings, Inc.*, *et al.*, No. 25-80002 (Bankr. N.D. Tx.), it is hereby **ORDERED** that:

1. The case is **DISMISSED**, without prejudice, for failure to state a claim for the reasons stated in the Court's Memorandum.

2. No leave to amend is given.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*